**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**EASTERN DIVISION**

| | |
|---|---|
| Rebecca Melvan, individually and on behalf of all others similarly situated, | 1:22-cv-02114 |
| Plaintiff, | Hon. Harry D. Leinenweber |
| - against - | |
| General Mills Sales, Inc., | |
| Defendant | |

**JOINT STIPULATION TO EXTEND TIME FOR THE PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS THE COMPLAIN AND DEFENDANT'S REPLY**

Plaintiff Rebecca Melvan, individually and behalf of all others similarly situated,

("Plaintiff") and Defendant General Mills Sales, Inc. ("Defendant") (together, the "Parties")

hereby stipulate and agree that Plaintiff's deadline to respond to Defendant's Motion to Dismiss

shall be extended to October 5, 2022 and Defendant's deadline to reply to Plaintiff's response

shall be extended to November 1, 2022.

Dated: September 29, 2022

**SHEEHAN & ASSOCIATES, P.C.**

By:  /s/ Spencer Sheehan
      Spencer Sheehan

*Attorney for Rebecca Melvan, individually and on behalf of all others similarly situated*

- 2 -

Dated:  <u>September 29, 2022</u>                                  **PERKINS COIE LLP**


                                                    By:    <u>/s/ Charles Sipos</u>
                                                            Charles Sipos, *pro hac vice*
                                                            Emily R. Craven

                                                    *Attorneys for General Mills Sales, Ltd.*